UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SENSIENT FLAVORS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:11-CV-1622-JMS-DML |
| | ) |
| INDIANA OCCUPATIONAL SAFETY AND | ) |
| HEALTH ADMINISTRATION, | ) |
| JASON REASON, DONNA JAQUES, | ) |
| KATHLEEN KREISS, | ) |
| JEAN COX-GANSER, CHRIS PIACITELLI, | ) |
| NATIONAL INSTITUTE FOR | ) |
| OCCUPATIONAL SAFETY AND HEALTH, and | ) |
| AZITA MASHAYEKHI, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The Parties to this cause of action, by counsel, hereby stipulate and agree to the dismissal of the National Institute for Safety and Health ("NISOH"), the Department of Health and Human Services ("HHS"), the Centers for Disease Control and Prevention ("CDC"), Kathleen Kreiss, Chris Piacitelli and Jean Cox-Ganser from this action, without prejudice, with the Parties to bear their own fees and costs.

| | |
|---|---|
| JOSEPH H. HOGSETT | MICHAEL, BEST & FRIEDRICH, LLC |
| United States Attorney | 100 East Wisconsin Avenue |
| 10 West Market Street, Suite 2100 | Suite 3300 |
| Indianapolis, IN 46204 | Milwaukee, WI 53202 |
| | |
| By: *s/ Shelese Woods* | By: *s/ Paul F. Linn (by consent)* |
| Shelese Woods | Paul F. Linn |
| Assistant United States Attorney | Michael, Best & Friedrich, LLP |
| | |
| Counsel for the Federal Defendants | Counsel for Plaintiff |
| | Sensient Flavors LLC |